new trial stating no ground therefor, we assume that it was granted on the ground that the verdict was against the weight of the evidence, or the amount thereof excessive, and this court will not interfere with the discretion thus exercised by the trial justice.

HISCOCK, J., dissents, upon the ground that, in the absence of a statment to that effect in the order, it cannot be assumed that the new trial was granted because the verdict was against the weight of the evidence or for excessive damages; that the order should not, therefore, be affirmed upon the theory that it was granted upon one of those grounds, resting more or less in the discretion of the trial judge; and upon the facts in this case this court should not affirm the order, because a new trial ought to have been granted upon one of said grounds.

BLOUNT, Appellant, v. SYRACUSE RAPID TRANSIT RY. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. July 6, 1905.) Action by Jennie A. Blount against the Syracuse Rapid Transit Railway Company. No opinion. Judgment affirmed, with costs.

BOEHMCKE et al., Appellants, v. HAS-HAGEN, Respondent. (Supreme Court, Appellate Division, Second Department. October 20, 1905.) Action by Frederick E. Boehmcke and Frederick W. Boehmcke against John H. Hashagen. No opinion. Judgment and order affirmed, with costs.

BOEHRER, Appellant, v. FISCHER et al., Respondents. (Supreme Court, Appellate Division, Second Department. July 27, 1905.) Action by Julius Boehrer against Charles S. Fischer and others. No opinion. Judgment unanimously affirmed, with costs.

BOICE v. McCORMICK. SAME v. JONES. (Supreme Court, Appellate Division, First Department. November 10, 1905.) Actions by Hewitt Boice against Henry J. McCormick and against Percival S. Jones. No opinion. Motions denied, with $10 costs.

BOWES, Respondent, v. NEW YORK & Q. C. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 12, 1905.) Action by John J. Bowes against the New York & Queens County Railway Company. No opinion. Judgment of the Municipal Court unanimously affirmed, with costs.

BOWES, Respondent, v. NEW YORK & Q. C. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 12, 1905.) Action by John J. Bowes, Jr., by John J. Bowes, his guardian ad litem, against the New York & Queens County Railway Company. No opinion. Judgment of the Municipal Court unanimously affirmed, with costs.

BOWES, Respondent, v. NEW YORK & Q. C. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 12, 1905.) Action by Matthew Bowes against the New York & Queens County Railway Com-

pany. No opinion. Judgment of the Municipal Court unanimously affirmed, with costs.

BOWSKY v. COSBY. (Supreme Court. Appellate Division, First Department. October 13, 1905.) Action by Max Bowsky against Arthur F. Cosby. No opinion. Motion denied, with leave to renew as stated in memorandum. See 94 N. Y. Supp. 792.

BOYD, Respondent, v. UNITED STATES MORTGAGE & TRUST CO., Appellant. (Supreme Court, Appellate Division, First Department. December 8, 1905.) Appeal from Trial Term. Action by Julia S. Boyd against the United States Mortgage & Trust Company. From a judgment for plaintiff, and from an order denying a motion for a new trial, defendant appeals. Affirmed. Theodore H. Lord, for appellant. Howard Taylor, for respondent.

PER CURIAM. The questions presented upon this appeal have been determined by this court upon a former appeal. 94 App. Div. 413, 88 N. Y. Supp. 289. The judgment is therefore affirmed upon the prevailing opinion. Judgment and order affirmed, with costs.

INGRAHAM, J., dissents, upon his opinion on the former appeal.

BOYER v. ERIE R. CO. et al. (Supreme Court, Appellate Division, Fourth Department. July 6, 1905.) Action by Emily Boyer, as administratrix, etc., against the Erie Railway Company and the International Railway Company.

PER CURIAM. Interlocutory judgment affirmed, with costs, with leave to the appellant to answer within 20 days from the service of a copy of the order herein, together with notice of entry thereof, upon payment of the costs of the demurrer and of this appeal.

HISCOCK, J., not voting.

BOYSEN v. BOYSEN. (Supreme Court, Appellate Division, First Department. November 10, 1905.) Action by Paul Boysen against Adel Boysen. No opinion. Motion granted, so far as to dismiss appeal, with $10 costs.

BRADY, Respondent, v. BRADY, Appellant. (Supreme Court, Appellate Division, First Department. July 7, 1905.) Action by Sadie V. Brady against Daniel M. Brady. J. J. Adams, for appellant. S. H. Ordway, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

BRADY, Respondent, v. BRADY, Appellant. (Supreme Court, Appellate Division, First Department, July 7, 1905.) Action by Sadie V. Brady against Daniel M. Brady. No opinion. Order granting additional counsel fee reversed, and motion denied.

BRENNAN, Respondent, v. MALLOY et al. Appellants. (Supreme Court, Appellate Division, Second Department. October 20, 1905.) Action by Michael Brennan against James Malloy and others. No opinion. Judgment of the Municipal Court affirmed, with costs.